CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERIMIAH McCRORY,<br><br>    Defendant. | No. CR21-5283-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the defendant's unopposed motion to extend the pretrial motions deadline, along with relevant files in this case.

IT IS NOW ORDERED that the pretrial motions deadline is extended from the current date of September 21, 2023, to October 9, 2023.

DONE this 19th day of September, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rebecca Fish*
*s/ Vanessa Pai-Thompson*
Assistant Federal Public Defenders
Attorneys for Jeremiah McCrory

ORDER TO CONTINUE PRETRIAL MOTIONS DUE DATE
(*United States v. McCrory*, CR21-5283-RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710